December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

AMY POWELL, Appellant

NO. 14-15-00949-CV                               V.

CIT BANK, N.A., F/K/A ONEWEST BANK, N.A., F/K/A ONEWEST BANK
FSB, Appellee

_____

This cause, an appeal from the judgment signed October 9, 2015, was heard on the transcript of the record. We have inspected the record and find that error in the trial court's granting of declaratory relief. We therefore order the portion of the judgment of the court below granting declaratory relief **REVERSED** and **RENDER** judgment that appellee's requests for declaratory relief be denied. We **AFFIRM** the remainder of the trial court's judgment. We further order that all costs incurred by reason of this appeal be paid by appellee, CIT Bank, N.A., f/k/a OneWest Bank, N.A., f/k/a OneWest Bank, FSB. We further order this decision certified below for observance.